USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/25/2025

# LAW OFFICES OF MICHAEL D

295 Madison Avenue, 22nd Floor      30 Ramlar
New York, NY 10017      Orangeburg, NY 10962
(646) 517-0600      (845) 359-4600
msteger@steger-law.com      (845) 638-2707 (fax)
www.steger-law.com

November 21, 2025

**BY ECF**

Hon Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:      ***Robert G. Mackie. v. Penney OPCO LLC d/b/a JCPENNEY***
        **Case No. 1:25-cv-08984-AT**

Dear Judge Torres:

I represent Defendant Penney OPCO LLC d/ba/ JCPenney (JCP) in this matter.

JCP's response to the complaint in this matter is currently due on November 27th. Counsel for plaintiff have consented to an extension of time for JCP to respond to the complaint until January 5, 2026 – the same day the defendants' response is due in the related case, *Mackie v. Schwartz, et al*, Case No. 25-cv-9015, that is also pending before Your Honor.

This is the first request for an extension of time for JCP to respond to the complaint.

Thank you for your consideration of this request.

Sincerely yours,

*Michael D. Steger*

Michael D. Steger

cc:  All counsel (via ECF)

GRANTED.  By **January 5, 2026,** Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated:  November 25, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge