USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____1/6/2026_____

# LAW OFFICES OF MICHAEL I

295 Madison Avenue, 22nd Floor          30 Ramla
New York, NY 10017                      Orangeburg, NY 10962
(646) 517-0600                          (845) 359-4600
msteger@steger-law.com                  (845) 638-2707 (fax)
www.steger-law.com

January 5, 2026

**BY ECF**

Hon Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     ***Robert G. Mackie. v. Penney OPCO LLC d/b/a JCPENNEY***
        **No. 1:25-cv-08984-AT**

Dear Judge Torres:

I represent Defendant Penney OPCO LLC d/ba/ JCPenney (JCP) in this matter.

I write with the consent of counsel for Plaintiff Robert Mackie to request that (1) the deadline for JCP to respond to the complaint be continued from January 5th to January 14th, and (2) the deadline for the parties to submit their initial joint report (ECF Dkt. #9) be continued from January 12, 2026 to January 14, 2026. The reason for the requested extension is that JCP is considering filing a motion to dismiss the complaint and has sent a letter to Plaintiff's counsel pursuant to Rule III.B of the Court's Individual Practices.

This is the second request for an extension of time both for JCP to respond to the complaint and for the parties to submit their joint report.

Thank you for your consideration of this request.

Sincerely yours,
/s/ *Michael D. Steger*
Michael D. Steger

cc:  All counsel (via ECF)

GRANTED.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge