UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. MACKIE a/k/a BOB MACKIE,

                              Plaintiff,

        -against-

PENNEY OPCO LLC d/b/a JCPENNEY,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026
```

25 Civ. 8984 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter seeking to stay discovery pending its motion to dismiss, ECF No. 28, and Plaintiff's opposition, ECF No. 29. The case management plan and scheduling order states that "[t]he Court will not stay discovery pending its decision on any motion." CMP ¶ 5, ECF No. 25. Accordingly, Defendant's motion is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

SO ORDERED.

Dated: February 17, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge