USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. MACKIE a/k/a BOB MACKIE,

Plaintiff,

-against-

PENNEY OPCO LLC d/b/a JCPENNEY,

Defendant.

25 Civ. 8984 (AT)

ROBERT G. MACKIE, in his individual capacity and derivatively on behalf of BOB MACKIE DESIGN GROUP LTD.,

Plaintiff,

-against-

MARCH SCHWARTZ and BOB MACKIE DESIGN GROUP, LTD.,

Defendants,

-and-

BOB MACKIE DESIGN GROUP LTD.,

Nominal Defendants.

25 Civ. 9015 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 20, 2026, the parties advised the Court that they "reached an agreement in principle on certain material terms" and "expect to sign the settlement agreement by July 28." ECF No. 40 in 25 Civ. 8984. Accordingly, the above-entitled actions are hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the actions within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

In both actions, any pending motions are moot, and all conferences are vacated. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 21, 2026
New York, New York

ANALISA TORRES
United States District Judge